JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON DAY,

    Defendant.

No. CR16-255JLR

(PROPOSED) ORDER ~~GRANTING~~ DENYING DEFENDANT'S MOTION TO MODIFY APPEARANCE BOND CONDITIONS

THE COURT has considered the ~~unopposed~~ opposed motion to modify the appearance bond conditions in this case.

THE COURT ~~GRANTS~~ DENIES the request to modify the appearance bond conditions. ~~and it orders the following. The defendant's location monitoring condition shall be removed.~~

DONE this 17th day of November, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jason Day

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY APPEARANCE BOND CONDITIONS
(*US v. Jason Day*, CR16-255JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100