JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON DAY,<br><br>　　　　Defendant. | No. CR16-255JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO MODIFY APPEARANCE BOND CONDITIONS |

THE COURT has considered the unopposed motion to modify the appearance bond conditions in this case.

THE COURT GRANTS the request to modify the appearance bond conditions and it orders the following. The curfew conditions of the defendant's monitoring shall be removed. The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program, with curfew conditions removed, and will continue to be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

//
//
//

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY APPEARANCE BOND CONDITIONS
(*US v. Jason Day*, CR16-255JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     DONE this 26th day of April, 2018.

3                                       JAMES L. ROBART
4                                       UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Jason Day

---

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY APPEARANCE BOND CONDITIONS
(*US v. Jason Day*, CR16-255JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100