The Honorable James L. Robart

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

| UNITED STATES OF AMERICA, | NO. CR16-255 JLR |
| Plaintiff | |
| | PROTECTIVE ORDER |
| v. | |
| JASON DAY, | |
| Defendant. | |

17
18
19

This matter having come before the Court on a Stipulated Motion for Entry of a
Discovery Protective Order, the Court hereby enters the following:

### DISCOVERY PROTECTIVE ORDER

20
21

**A.    Definitions**

22
23
24
25
26
27

As used in this Order, the term "Protected Information" means any date of birth,
Social Security number, driver's license number, bank account number, credit card
number, personal identification number, address, telephone number, name and/or location
of employment, criminal history record, background check, victim identity, and/or any
other similar information or number implicating a privacy interest of and belonging to an
individual, business, partnership, or corporation.

28

PROTECTIVE ORDER
CR16-255 JLR - 1

1    As used in this Order, the term "Protected Material" means any document or other
2  record containing or reflecting Protected Information.

3  **B.     Permissible Disclosure of Protected Information and Protected Material**

4    The United States will make available copies of the Protected Material to defense
5  counsel to comply with the government's discovery obligations. Possession of the
6  Protected Material is limited to defense counsel, her investigators, paralegals, assistants,
7  law clerks, and experts ("members of the defense team").

8    Members of the defense team may not provide copies of the Protected Material to
9  other persons, including Defendant herself. Members of the defense team may review
10 Protected Information and/or Protected Material with Defendant. Defendant may
11 visually inspect and review such documents but shall not be allowed to possess Protected
12 Information (such as unredacted copies of Protected Material, notes, copies, or
13 photographs of such Protected Material containing Protected Information). Defendant
14 may possess documents from which all Protected Information has been redacted.

15   Members of the defense team may review or discuss the contents of documents
16 containing Protected Material with any prospective witness, as long as they do not share
17 the unredacted documents, or share any Protected Information with any prospective
18 witness.

19 **C.     Filing**

20   If any Protected Information or Protected Material is filed in court or otherwise
21 disseminated as part of litigation, the parties shall redact such information prior to filing;
22 unless, based on a party's application prior to filing, the Court finds that an unredacted
23 filing is necessary and appropriate.

24 **D.     Maintenance**

25   Member of the defense team shall keep any Protected Material secured whenever
26 the Protected Material is not being used in furtherance of their work in the above-
27 captioned case.

28   All documents containing Protected Material shall be returned to the

PROTECTIVE ORDER
CR16-255 JLR - 2

1  United States, or destroyed, once all charges are resolved by dismissal or by final

2  conviction. The provisions of this Order shall not terminate at the conclusion of this

3  prosecution.

4  **E.    Modification**

5          The parties agree that this Protective Order may be modified, as necessary, by

6  filing with the Court a Stipulated Order Modifying the Protective Order, or by other order

7  of the Court.

8          DATED this 7ᵗʰ day of _A u g u s t_ , 2018.

9

10

11

12  _____

13  JAMES L. ROBART
    United States District Court Judge

14

15  Presented by:

16

17  _/s/ Marie Dalton_

18  MARIE M. DALTON
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart St., Suite 5220
Seattle, Washington 98101
(206) 553-7970