The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-0255JLR |
|---|---|
| Plaintiff | |
| v. | ORDER CONTINUING EVIDENTIARY HEARING |
| JASON DAY, | |
| Defendant. | |

Upon motion by the United States of America, requesting a continuance of the evidentiary hearing on Revocation of Supervised Release in the case of *United States v. Jason Day*, CR16-255; this Court, having reviewed the entirety of the files herein, hereby ORDERS:

The evidentiary hearing shall be continued until February 11, 2019 at 9:30 a.m.

Dated this 10th day of August, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER CONTINUING EVIDENTIARY HEARING
CR16-255 JLR / DAY - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

ORDER CONTINUING EVIDENTIARY HEARING
CR16-255 JLR / DAY - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970