UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DAY,<br><br>Defendant. | CASE NO. CR16-0255JLR<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY APPEARANCE BOND CONDITIONS |

This matter comes before the court on Defendant Jason Day's motion to modify conditions of release. (Mot. (Dkt. # 27).)

Defendant asks the court to modify the conditions of his appearance bond relating to his ankle bracelet. (Mot. at 1.) The court finds that Defendant's arguments are insufficient to overcome the court's findings about the safety of the community and the risk of Defendant not appearing at future proceedings.

//

//

ORDER - 1

Defendant's motion to modify conditions (Dkt. # 27) is DENIED.

Dated this 20th day of December, 2018.

JAMES L. ROBART
United States District Judge