The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-255 JLR |
|---|---|
| Plaintiff | |
| v. | [PROPOSED] ORDER OF DISMISSAL |
| JASON DAY, | |
| Defendant. | |

Upon motion by the United States of America, requesting dismissal with prejudice of the violation report in the case of *United States v. Jason Day*, CR16-255; this Court, having reviewed the entirety of the files herein, hereby ORDERS:

The violation report in the above-entitled cause is DISMISSED WITH PREJUDICE.

ORDER OF DISMISSAL
CR16-255 JLR / DAY - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

Dated this 2nd day of Jan., 2019.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ *Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

ORDER OF DISMISSAL
CR16-255 JLR / DAY - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970